PEOPLE ex rel. WILKINSON v. BUCHANAN et al. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Proceeding by the people of the state of New York, on the relation of Albert T. Wilkinson, against Orville M. Buchanan and others, composing town board, etc. No opinion. Motion for leave to discontinue granted, upon payment of $15 costs, together with disbursements to be taxed.

PEOPLE ex rel. WILLIAMS v. McCONNELL, Judge. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Proceeding by the people of the state of New York, on the relation of Florence E. Williams, against Joseph A. McConnell, judge of city court of Watertown. No opinion. Application for writ of certiorari denied.

PEOPLE ex rel. WILLIAMS v. McCONNELL, Judge. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Proceeding by the people of the state of New York, on the relation of John B. Williams, against Joseph A. McConnell, judge of city court of Watertown. No opinion. Application for writ of certiorari denied.

PEOPLE ex rel. WOOD, Appellant, v. TISDALE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Proceeding by the people of the state of New York, on the relation of Robert A. Wood, against George P. Tisdale and others, as Republican supervisors of, etc.

PER CURIAM. Order denying relator's motion for an amended return affirmed. Order quashing writ affirmed, with $10 costs and disbursements, upon the ground of the relator's laches. The remaining questions not passed upon.

PERRY, Respondent, v. GILLESPIE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Action by John M. Perry, as trustee of Samuel A. Skead, bankrupt, against Gillespie Bros. No opinion. Interlocutory judgment affirmed, with costs.

PHELAN, Respondent, v. SCHULTZ BRIDGE & IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by William Phelan against the Schultz Bridge & Iron Company. No opinion. Order affirmed, with $10 costs and disbursements.

PINSKER et al., Respondents, v. PINSKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Fred J. Pinsker and another against Adolph Pinsker and another.

PER CURIAM. Motion granted, and order resettled, so as to direct that the referee allow to stand, and take into consideration in the determination of the cause, the evidence already taken, and receive any additional legal evidence that either party may offer in regard to the plaintiffs' claim or counterclaim. See 60 N. Y. Supp. 902, 65 N. Y. Supp. 1143.

PIOSO, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Celia V. Pioso against Lucien Levy. No opinion. Judgment and order affirmed, with costs.

POPE, Respondent, v. WILBUR et al., Appellants. (City Court of New York, General Term. October 29, 1900.) Action by Catherine A. Pope against John A. Wilbur and another. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. Dudley R. Horton, for appellants. Benjamin F. Edsall, for respondent.

HASCALL, J. We think that the proofs and rulings shown by the case do not justify disturbance of the record below. Judgment and order appealed from should be affirmed, with costs.

FITZSIMONS, C. J., and CONLAN, J., concur.

PRESBY, Respondent, v. BENJAMIN, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Frank H. Presby against George G. Benjamin. J. Frankheim, for appellant. H. A. Prince, for respondent. No opinion. Judgment affirmed, with costs.

In re PRICE. (Supreme Court, Appellate Division, First Department. July 17, 1900.) In the matter of Richard F. Price. No opinion. Motion granted. See 64 N. Y. Supp. 1146.

PRIDE, Respondent, v. STEENCKEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Jessie Pride, infant, etc., against Christian Steencken and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the papers on appeal are perfected and served, and the case placed on the October calendar, in which event the motion will be denied, without costs.

PROVIDENT SAV. LIFE ASSUR. SOC. OF NEW YORK, Respondent, v. PERSONS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by the Provident Savings Life Assurance Society of New York against Henry H. Persons and John R. Hazel, as receivers of the Bank of Commerce in Buffalo, impleaded with Mary Helen Brown and another.

PER CURIAM. Order continuing injunction, dated June 23, 1900, reversed, and injunction dissolved, with $10 costs and disbursements, with leave to the plaintiff to renew its application for an injunction upon complying with the requirements of the order of this court modifying the order allowing it to bring an action of interpleader and paying into court the amount therein specified.